# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Justin A. Lang<br>    Jamie L. Lang aka Jamie Farley<br>                     Debtor(s) | BK NO. 20-02360 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ James C. Warmbrodt
                                      _____
                                      James Warmbrodt
                                      11 Aug 2020, 12:10:55, EDT


                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      215-627-1322