# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     JUSTIN A. LANG
            JAMIE L. LANG
            AKA: JAMIE FARLEY

            Debtor(s)           CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
            Movant

vs.

JUSTIN A. LANG           CASE NO: 1-20-02360-HWV
JAMIE L. LANG
AKA: JAMIE FARLEY

            Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE
## FOR FAILURE TO OBTAIN CREDIT COUNSELING

    AND NOW, on August 20, 2020, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)     A Petition under Chapter 13 was filed on August 4, 2020.

2)     The Debtor(s) did not comply with the credit counseling requirements of 11 U.S.C. Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

    WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                                              Respectfully Submitted,

                                              s/   Charles J. DeHart, III
                                              Charles J. DeHart, III, Trustee
                                              8125 Adams Drive, Suite A
                                              Hummelstown, PA 17036
                                              Phone: (717) 566-6097
                                              Fax: (717) 566-8313
                                              Email: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JUSTIN A. LANG                                        CHAPTER 13
         JAMIE L. LANG
         AKA: JAMIE FARLEY                                     CASE NO: 1-20-02360-HWV

                    Debtor(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss. The Debtor(s) did not comply with the credit counseling requirements of 11U.S.C. Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

If you wish to contest this matter, you must file an objection with the Bankruptcy Clerk on or before S**eptember** 10, 2020 and serve a copy on the movant and counsel. Any filing must conform to the Rules of Bankruptcy Procedure.

If no objections are filed, an order may be entered dismissing the case.

                                                 Charles J. DeHart, III, Trustee
                                                 8125 Adams Drive, Suite A
                                                 Hummelstown, PA  17036
                                                 Phone:  (717) 566-6097

Dated:  August 20, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JUSTIN A. LANG
JAMIE L. LANG
AKA: JAMIE FARLEY

CHAPTER 13

Debtor(s)

CASE NO: 1-20-02360-HWV

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on August 20, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| CHAD J. JULIUS<br>UPRIGHT LAW, LLC<br>8150 DERRY ST, STE A<br>HARRISBURG, PA 17111- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| JUSTIN A. LANG<br>JAMIE L. LANG<br>1020 FRIAR RUN<br>HANOVER, PA 17331 | Served by 1ST class mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 20, 2020

Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: JUSTIN A. LANG<br>JAMIE L. LANG<br>AKA: JAMIE FARLEY | |
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE | |
| Movant | CASE NO: 1-20-02360-HWV |
| vs. | |
| JUSTIN A. LANG<br>JAMIE L. LANG<br>AKA: JAMIE FARLEY | MOTION TO DISMISS |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.