```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                                 Case No. 20-02360-HWV
Justin A. Lang                                                         Chapter 13
Jamie L. Lang
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke          Page 1 of 2            Date Rcvd: Aug 26, 2020
                              Form ID: ntnew341        Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db/jdb         +Justin A. Lang,    Jamie L. Lang,    1020 Friar Run,    Hanover, PA 17331-4418
5349853        +Account Resolution Services,    Attn: Bankruptcy,    Po Box 459079,    Sunrise, FL 33345-9079
5349855        +CAC,    2300 Gettysburg Road,    Camp Hill, PA 17011-7303
5349859       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Citicard,    Citicorp Credit Services; Attn: Centrali,    Po Box 20507,
                  Kansas City, MO 64195)
5349862        +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
5349864         Computer Credit Inc.,    470 West Haines Mill Rd,    PO Box 5238,    Winston Salem, NC 27113-5238
5349870        +Daniel J. Santucci,    Midland Funding, LLC,    1 International Plaza, 5th Florr,
                 Philadelphia, PA 19113-1510
5349871        +ECMC,    Attn: Bankruptcy,    111 Washington Ave South, Ste 1400,    Minneapolis, MN 55401-6800
5349872         Emergecny Care Services of PA, PC,     PO Box 740021,    Cincinnati, OH 45274-0021
5349875         HRRG,    PO Box 8486,    Pompano Beach, FL 33075-8486
5349879        +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
5349880        +Medexpress Urgent Care,    c/o Tansworld Systems, Inc.,    300 Cedar Ridge Drive, Ste. 307,
                 Pittsburgh, PA 15205-1159
5352666        +Midland Credit Management, Inc.,     PO Box 2037,    Warren, MI 48090-2037
5349881        +Midland Funding,    320 East Big Beaver,    Troy, MI 48083-1271
5349888        +Rent a Center,    805 Baltimore Street,    Hanover, PA 17331-4153
5350240        +U.S. Department of Housing and Urban Development,    100 Penn Square East 11th Floor,
                 Philadelphia, PA 19107-3325
5349891        +UPMC Pinnacle,    Patient Financial Support Services,    PO Box 2353,    Harrisburg, PA 17105-2353
5349892        +Wells Fargo Dealer Services,    Attn: Bankruptcy,    1100 Corporate Center Drive,
                 Raleigh, NC 27607-5066
5349894         Wells Fargo Home Mor,    Attn: Written Correspondence/Bankruptcy,    Mac#2302-04e Pob 10335,
                 Des Moines, IA 50306
5349895        +York Co Drs,    100 W Market St,    York, PA 17401-1332

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 26 2020 19:26:23
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5349854        +E-mail/Text: bankruptcy@bbandt.com Aug 26 2020 19:24:39     Bbt Rcvry,    Attn: Bankruptcy,
                 Po Box 1847,    Wilson, NC 27894-1847
5349856        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 26 2020 19:26:22     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5352334         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 26 2020 19:26:36
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5349858        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 26 2020 19:26:37     Capital One/Walmart,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5349860        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 26 2020 19:24:43     Comenity/MPRC,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5349865        +E-mail/Text: ebnnotifications@creditacceptance.com Aug 26 2020 19:24:33     Credit Acceptance,
                 25505 West 12 Mile Road,    Suite 3000,    Southfield, MI 48034-8331
5349868        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 26 2020 19:26:09     Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
5349873        +E-mail/Text: julie.baugher@pinnaclehealth.org Aug 26 2020 19:24:35     Hanover Hospital,
                 300 Highland Ave.,    Hanover, PA 17331-0000
5349876        +E-mail/Text: PBNCNotifications@peritusservices.com Aug 26 2020 19:24:35     Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
5350489         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 26 2020 19:26:11     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5349877        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 26 2020 19:26:26
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
5349878         E-mail/Text: camanagement@mtb.com Aug 26 2020 19:24:39     M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
5349882        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 26 2020 19:24:50     Midland Funding,
                 2365 Northside Dr., #30,    San Diego, CA 92108-2709
5349883        +E-mail/PDF: pa_dc_claims@navient.com Aug 26 2020 19:26:24     Naviet,    Attn: Claims Dept,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
5349885        +E-mail/PDF: cbp@onemainfinancial.com Aug 26 2020 19:26:36     OneMain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
5349886         E-mail/Text: info@phoenixfinancialsvcs.com Aug 26 2020 19:24:30
                 Phoenix Financial Services, LLC,    Attn: Bankruptcy,    Po Box 361450,    Indianapolis, IN 46236
5350486         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 26 2020 19:26:11
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
5349970        +E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2020 19:26:34     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5349889        +E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2020 19:26:21     Synchrony Bank/Lowes,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5349890          +E-mail/Text: bankruptcydepartment@tsico.com Aug 26 2020 19:25:03      Transworld Sys Inc/51,
                  Attn: Bankruptcy,   Po Box 15630,   Wilmington, DE 19850-5630
                                                                                                  TOTAL: 21

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5349857*         +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
5349861*         +Comenity/MPRC,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
5349863*         +Commercial Acceptance Company,   2300 Gettysburg Road,   Suite 102,   Camp Hill, PA 17011-7303
5349866*         +Credit Acceptance,   25505 West 12 Mile Road,   Suite 3000,   Southfield, MI 48034-8331
5349867*         +Credit Acceptance,   25505 West 12 Mile Road,   Suite 3000,   Southfield, MI 48034-8331
5349869*         +Credit One Bank,   Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
5349874*         +Hanover Hospital,   300 Highland Ave.,   Hanover, PA 17331-2203
5349884*         +Naviet,   Attn: Claims Dept,   Po Box 9500,   Wilkes-Barr, PA 18773-9500
5349887*        ++PHOENIX FINANCIAL SERVICES LLC,   PO BOX 361450,   INDIANAPOLIS IN 46236-1450
                  (address filed with court:   Phoenix Financial Services, LLC,   Attn: Bankruptcy,   Po Box 361450,
                   Indianapolis, IN 46236)
5349893*         +Wells Fargo Dealer Services,   Attn: Bankruptcy,   1100 Corporate Center Drive,
                   Raleigh, NC 27607-5066
                                                                                    TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
          Chad James Julius    on behalf of Debtor 1 Justin A. Lang cjulius@ljacobsonlaw.com,
           brhoades@ljacobsonlaw.com;derashade527@outlook.com
          Chad James Julius    on behalf of Debtor 2 Jamie L. Lang cjulius@ljacobsonlaw.com,
           brhoades@ljacobsonlaw.com;derashade527@outlook.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                   TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Justin A. Lang,<br>**Debtor 1** | Chapter 13 |
| | Case No. 1:20−bk−02360−HWV |
| Jamie L. Lang,<br>aka Jamie Farley,<br>**Debtor 2** | |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, further details will be provided to you | Date: September 17, 2020<br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 26, 2020 |

ntnew341 (04/18)