# Earnings Statement

**ADP**

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | |
|---|---|
| Period Beginning: | 05/26/2020 |
| Period Ending. | 06/01/2020 |
| Pay Date: | 06/05/2020 |

JUSTIN A LANG
1020 FRIAR RUN
HANOVER PA 17331

Taxable Marital Status. Married
Exemptions/Allowances.
  Federal: 0
  PA. N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 20,589.14 |
| Overtime | 36.7500 | 1.25 | 45.94 | 4,668.40 |
| Vacation | | | | 588.00 |
| **Gross Pay** | | | **$1,025.94** | 26,417.54 |

**Important Notes**
BASIS OF PAY. HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.56 | 2,069.84 |
| | Social Security Tax | -54.56 | 1,484.18 |
| | Medicare Tax | -12.76 | 347.11 |
| | PA State Income Tax | -27.02 | 734.93 |
| | **Other** | | |
| | Child Support | -164.59 | 2,798.03 |
| | Hth/Den/Vis | -145.83* | 2,479.11 |
| | **Net Pay** | **$550.62** | |
| | Checking 1 | -550.62 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $880.11

© 1998, 2006 ADP, LLC All Rights Reserved
▼ TEAR HERE

© 2009 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | |
|---|---|
| Advice number: | 00000230009 |
| Pay date: | 06/05/2020 |

Deposited to the account of
JUSTIN A LANG

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4295 | xxxx xxxx | $550.62 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | |
|---|---|
| Period Beginning: | 05/19/2020 |
| Period Ending: | 05/25/2020 |
| Pay Date: | 05/29/2020 |

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0
    PA: N/A

**JUSTIN A LANG**
**1020 FRIAR RUN**
**HANOVER PA 17331**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 38.25 | 937.13 | 19,609.14 |
| Holiday | 24.5000 | 8.00 | 196.00 | |
| Overtime | | | | 4,622.46 |
| Vacation | | | | 588.00 |
| **Gross Pay** | | | **$1,133.13** | 25,391.60 |

**Important Notes**
BASIS OF PAY HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -83.42 | 1,999.28 |
| | Social Security Tax | -61.22 | 1,429.62 |
| | Medicare Tax | -14.32 | 334.35 |
| | PA State Income Tax | -30.31 | 707.91 |
| | **Other** | | |
| | Child Support | -164.59 | 2,633.44 |
| | Hth/Den/Vis | -145.83* | 2,333.28 |
| | **Net Pay** | **$633.44** | |
| | Checking 1 | -633.44 | |
| | **Net Check** | **$0.00** | |

\* **Excluded from federal taxable wages**
   Your federal taxable wages this period are $987.30

© 1995, 2006 ADP, LLC. All Rights Reserved

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| Advice number: | 00000220009 |
|---|---|
| Pay date: | 05/29/2020 |

**THIS IS NOT A CHECK**

Deposited to the account of
**JUSTIN A LANG**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4295 | xxxx xxxx | $633.44 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | |
|---|---|
| Period Beginning: | 05/12/2020 |
| Period Ending. | 05/18/2020 |
| Pay Date. | 05/22/2020 |

Taxable Marital Status.  Married
Exemptions/Allowances.
  Federal          0
  PA               N/A

JUSTIN A LANG
1020 FRIAR RUN
HANOVER PA 17331

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.5000 | 40.00 | 980.00 | 18,672.01 |
| Overtime | 36.7500 | 10.25 | 376.69 | 4,622.46 |
| Vacation | | | | 588.00 |
| **Gross Pay** | | | **$1,356.69** | 24,258.47 |

**Important Notes**

BASIS OF PAY. HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -110.25 | 1,915.86 |
| | Social Security Tax | -75.07 | 1,368.40 |
| | Medicare Tax | -17.56 | 320.03 |
| | PA State Income Tax | -37.17 | 677.60 |
| | **Other** | | |
| | Child Support | -164.59 | 2,468.85 |
| | Hth/Den/Vis | -145.83* | 2,187.45 |
| | **Net Pay** | **$806.22** | |
| | Checking 1 | -806.22 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,210.86

© 1999, 2006 ADP, LLC All Rights Reserved

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | |
|---|---|
| Advice number: | 00000210009 |
| Pay date: | 05/22/2020 |

Deposited to the account of
JUSTIN A LANG

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx4295 | xxxx xxxx | $806.22 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

**ADP**

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | |
|---|---|
| Period Beginning: | 05/05/2020 |
| Period Ending: | 05/11/2020 |
| Pay Date: | 05/15/2020 |

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal:        0
PA:             N/A

**JUSTIN A LANG**
**1020 FRIAR RUN**
**HANOVER PA 17331**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 24.5000 | 40.00 | 980.00 | 17,692.01 |
| Overtime | 36.7500 | 6.25 | 229.69 | 4,245.77 |
| Vacation | | | | 588.00 |
| **Gross Pay** | | | **$1,209.69** | 22,901.78 |

**Important Notes**
BASIS OF PAY. HOURLY

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -92.61 | 1,805.61 |
| | Social Security Tax | -65.96 | 1,293.33 |
| | Medicare Tax | -15.42 | 302.47 |
| | PA State Income Tax | -32.66 | 640.43 |
| | **Other** | | |
| | Child Support | -164.59 | 2,304.26 |
| | Hlth/Den/Vis | -145.83* | 2,041.62 |
| | **Net Pay** | **$692.62** | |
| | Checking 1 | -692.62 | |
| | **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,063.86

© 1998, 2006 ADP, LLC  All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

Advice number:    00000200009
Pay date:         05/15/2020

Deposited to the account of
JUSTIN A LANG

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx4295 | xxxx xxxx | $692.62 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

© 2000 ADP, LLC

SEG 000414 0000110010 1
SEG 001277

# Earnings Statement

**ADP**

**CTHX, LLC**
*9305 GERWIG LANE, SUITE X*
*COLUMBIA MD 21046*
*301-953-7770*

| | |
|---|---|
| Period Beginning: | 03/03/2020 |
| Period Ending: | 03/09/2020 |
| Pay Date: | 03/13/2020 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:     0
  PA:          N/A

**JUSTIN A LANG**
**1020 FRIAR RUN**
**HANOVER PA 17331**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 40.00 | 940.00 | 9,382.38 |
| Overtime | 35.2500 | 8.75 | 308.44 | 2,546.82 |
| **Gross Pay** | | | **$1,248.44** | 12,305.20 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -97.26 | 1,007.03 |
| | Social Security Tax | -68.37 | 717.72 |
| | Medicare Tax | -15.99 | 167.85 |
| | PA State Income Tax | -33.85 | 355.40 |
| | **Other** | | |
| | Child Support | -164.59 | 822.95 |
| | Hth/Den/Vis | -145.83* | 729.15 |
| | **Net Pay** | **$722.55** | |
| | Checking 1 | -722.55 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,102.61

© 1998, 2006, ADP, LLC. All Rights Reserved.

COPY   COPY   COPY

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK

VOID VOID VOID

© 2000 ADP, LLC

NON-NEGOTIABLE

**CTHX, LLC**
9305 GERWIG LANE, SUITE X
COLUMBIA, MD 21046
301-953-7770

| | |
|---|---|
| Advice number: | 00000110010 |
| Pay date: | 03/13/2020 |

Deposited to the account of
JUSTIN A LANG

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9210 | xxxx xxxx | $722.55 |

# Earnings Statement

**ADP®**

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | |
|---|---|
| Period Beginning: | 02/25/2020 |
| Period Ending: | 03/02/2020 |
| Pay Date: | 03/06/2020 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:     0
  PA:          N/A

**JUSTIN A LANG**
**1020 FRIAR RUN**
**HANOVER PA 17331**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 40.00 | 940.00 | 8,442.38 |
| Overtime | 35.2500 | 25.25 | 890.06 | 2,238.38 |
| Gross Pay | | | $1,830.06 | 11,056.76 |

**Important Notes**
BASIS OF PAY: HOURLY

COPY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -167.05 | 909.77 |
| | Social Security Tax | -104.42 | 649.35 |
| | Medicare Tax | -24.42 | 151.86 |
| | PA State Income Tax | -51.71 | 321.55 |
| | **Other** | | |
| | Child Support | -164.59 | 658.36 |
| | Hth/Den/Vis | -145.83* | 583.32 |
| | **Net Pay** | **$1,172.04** | |
| | Checking 1 | -1,172.04 | |
| | **Net Check** | **$0.00** | |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,684.23

© 1998, 2006, ADP, LLC All Rights Reserved.

COPY     COPY

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM

VOID VOID VOID VOID VOID

THIS IS NOT A CHECK

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | |
|---|---|
| Advice number: | 00000100010 |
| Pay date: | 03/06/2020 |

Deposited to the account of JUSTIN A LANG

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9210 | xxxx xxxx | $1,172.04 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| Period Beginning: | 01/28/2020 |
| Period Ending: | 02/03/2020 |
| Pay Date: | 02/07/2020 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
PA: N/A

**JUSTIN A LANG**
**1020 FRIAR RUN**
**HANOVER PA 17331**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 40.00 | 940.00 | 4,999.63 |
| Overtime | 35.2500 | 5.75 | 202.69 | 511.13 |
| **Gross Pay** | | | **$1,142.69** | 5,886.76 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -102.06 | 496.96 |
| | Social Security Tax | -70.85 | 364.98 |
| | Medicare Tax | -16.57 | 85.36 |
| | PA State Income Tax | -35.08 | 180.73 |
| | **Net Pay** | **$918.13** | |
| | Checking 1 | -918.13 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,142.69

© 1998, 2006, ADP, LLC All Rights Reserved.

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE (CHADUALLY AND EVENLY) FROM DARK AT TOP TO LIGHT AT BOTTOM.

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | Advice number: | 00000060011 |
| | Pay date: | 02/07/2020 |

Deposited to the account of
JUSTIN A LANG

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9210 | xxxx xxxx | $918.13 |

**NON-NEGOTIABLE**

**THIS IS NOT A CHECK**

# Earnings Statement

**ADP**

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | |
|---|---|
| Period Beginning: | 01/21/2020 |
| Period Ending: | 01/27/2020 |
| Pay Date: | 01/31/2020 |

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:        0
  PA:            N/A

**JUSTIN A LANG**
**1020 FRIAR RUN**
**HANOVER PA 17331**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 40.00 | 940.00 | 4,059.63 |
| Overtime | 35.2500 | .50 | 17.63 | 308.44 |
| Gross Pay | | | $957.63 | 4,744.07 |

**Important Notes**
BASIS OF PAY: HOURLY

COPY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -79.86 | 394.90 |
| | Social Security Tax | -59.37 | 294.13 |
| | Medicare Tax | -13.89 | 68.79 |
| | PA State Income Tax | -29.40 | 145.65 |
| Net Pay | | $775.11 | |
| Checking 1 | | -775.11 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $957.63

COPY

COPY

© 1988, 2006, ADP, LLC All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY: A COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

Advice number:    0000050011
Pay date:         01/31/2020

Deposited to the account of
JUSTIN A LANG

account number    transit ABA    amount
xxxxxx9210        xxxx xxxx      $775.11

© 2000 ADP, LLC

THIS IS NOT A CHECK

VOID VOID VOID

NON-NEGOTIABLE

CO. FILE DEPT. CLOCK VCHR. NO. 052
804 000844 0000040011

# Earnings Statement

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | |
|---|---|
| Period Beginning: | 01/14/2020 |
| Period Ending: | 01/20/2020 |
| Pay Date: | 01/24/2020 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

JUSTIN A LANG
1020 FRIAR RUN
HANOVER PA 17331



| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 40.00 | 940.00 | 3,119.63 |
| Overtime | 35.2500 | 4.00 | 141.00 | 290.81 |
| Gross Pay | | | $1,081.00 | 3,786.44 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -94.66 | 315.04 |
| | Social Security Tax | -67.02 | 234.76 |
| | Medicare Tax | -15.67 | 54.90 |
| | PA State Income Tax | -33.19 | 116.25 |
| | Net Pay | $870.46 | |
| | Checking 1 | -870.46 | |
| | Net Check | $0.00 | |

Your federal taxable wages this period are
$1,081.00

© 1998, 2006, ADP, LLC. All Rights Reserved.



VERIFY DOCUMENT AUTHENTICITY COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | |
|---|---|
| Advice number: | 00000040011 |
| Pay date: | 01/24/2020 |

Deposited to the account of JUSTIN A LANG

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx9210 | xxxx xxxx | $870.46 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

# Earnings Statement



**CTHX, LLC**
*9305 GERWIG LANE, SUITE X*
*COLUMBIA MD 21046*
*301-953-7770*

| | |
|---|---|
| Period Beginning: | 01/07/2020 |
| Period Ending: | 01/13/2020 |
| Pay Date: | 01/17/2020 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

**JUSTIN A LANG**
**1020 FRIAR RUN**
**HANOVER PA 17331**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.5000 | 40.00 | 940.00 | 2,179.63 |
| Overtime | 35.2500 | 4.25 | 149.81 | 149.81 |
| **Gross Pay** | | | **$1,089.81** | 2,705.44 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -95.72 | 220.38 |
| | Social Security Tax | -67.57 | 167.74 |
| | Medicare Tax | -15.80 | 39.23 |
| | PA State Income Tax | -33.46 | 83.06 |
| | **Net Pay** | **$877.26** | |
| | Checking 1 | -877.26 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
BASIS OF PAY: HOURLY

Your federal taxable wages this period are
$1,089.81

© 1998, 2006. ADP, LLC. All Rights Reserved.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**CTHX, LLC**
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | | |
|---|---|---|
| Advice number: | 00000030009 | |
| Pay date: | 01/17/2020 | |

Deposited to the account of
**JUSTIN A LANG**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxx9210 | xxxx xxxx | $877.26 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | |
|---|---|
| Period Beginning: | 12/31/2019 |
| Period Ending: | 01/06/2020 |
| Pay Date: | 01/10/2020 |

JUSTIN A LANG
1020 FRIAR RUN
HANOVER PA 17331

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 36.75 | 863.63 | 1,239.63 |
| Holiday | 23.5000 | 8.00 | 188.00 | |
| **Gross Pay** | | | **$1,051.63** | 1,615.63 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -91.14 | 124.66 |
| | Social Security Tax | -65.20 | 100.17 |
| | Medicare Tax | -16.25 | 23.43 |
| | PA State Income Tax | -32.29 | 49.60 |
| | **Net Pay** | **$847.75** | |
| | Checking 1 | -847.75 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
BASIS OF PAY: HOURLY

Your federal taxable wages this period are
$1,051.63

© 1998, 2006, ADP, LLC All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.

© 2009 ADP, LLC

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| Advice number: | 00000020011 |
|---|---|
| Pay date: | 01/10/2020 |

Deposited to the account of: JUSTIN A LANG

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9210 | xxxx xxxx | $847.75 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement



CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

Period Beginning: 12/24/2019
Period Ending: 12/30/2019
Pay Date: 01/03/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

JUSTIN A LANG
1020 FRIAR RUN
HANOVER PA 17331

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.5000 | 16.00 | 376.00 | 376.00 |
| Holiday | 23.5000 | 8.00 | 188.00 | |
| Gross Pay | | | $564.00 | 564.00 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -33.52 | 33.52 |
| | Social Security Tax | -34.97 | 34.97 |
| | Medicare Tax | -8.18 | 8.18 |
| | PA State Income Tax | -17.31 | 17.31 |
| Net Pay | | $470.02 | |
| | Checking 1 | -470.02 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $564.00

© 1998, 2006, ADP, LLC All Rights Reserved.

© 2006 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

Advice number: 00000010010
Pay date: 01/03/2020

Deposited to the account of
JUSTIN A LANG

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | xxxxxx9210 | xxxx xxxx | $470.02 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

COPY

| COED | FILE | DEPT | CLOCK | VCHR NO. | 052 |
| SEG. | 030444 | | | 00000520014 | |

# Earnings Statement

**ADP**

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| Period Beginning: | 12/17/2019 |
| Period Ending: | 12/23/2019 |
| Pay Date: | 12/27/2019 |

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal:     0
   PA:       N/A

**JUSTIN A LANG
1020 FRIAR RUN
HANOVER PA 17331**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 40.00 | 940.00 | 6,252.26 |
| Overtime | 35.2500 | 5.25 | 185.06 | 828.37 |
| Gross Pay | | | $1,125.06 | 6,456.63 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -100.32 | 566.67 |
| | Social Security Tax | -69.75 | 400.31 |
| | Medicare Tax | -16.31 | 93.62 |
| | PA State Income Tax | -34.54 | 198.21 |
| Net Pay | | $904.14 | |
| | Checking 1 | -904.14 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are
$1,125.06

© 1998, 2006, ADP, LLC All Rights Reserved.

COPY     COPY

© 2006 ADP, LLC

TEAR HERE ▼

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA USE CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.

VOID VOID VOID VOID VOID

THIS IS NOT A CHECK

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| Advice number: | 00000520014 |
| Pay date: | 12/27/2019 |

Deposited to the account of
JUSTIN A LANG

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9210 | xxxx xxxx | $904.14 |

**NON-NEGOTIABLE**

# Earnings Statement



**CTHX, LLC**
*9305 GERWIG LANE, SUITE X*
*COLUMBIA MD 21046*
*301-953-7770*

| | |
|---|---|
| Period Beginning: | 12/10/2019 |
| Period Ending: | 12/16/2019 |
| Pay Date: | 12/20/2019 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:     0
  PA:        N/A

**JUSTIN A LANG**
**1020 FRIAR RUN**
**HANOVER PA 17331**



| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 35.75 | 840.13 | 4,312.26 |
| Overtime | | | | 643.31 |
| **Gross Pay** | | | **$840.13** | 5,331.67 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -66.13 | | 466.35 |
| | Social Security Tax | -52.09 | | 330.56 |
| | Medicare Tax | -12.18 | | 77.31 |
| | PA State Income Tax | -25.79 | | 163.67 |
| | **Net Pay** | **$683.94** | | |
| | Checking 1 | -683.94 | | |
| | **Net Check** | **$0.00** | | |

Your federal taxable wages this period are $840.13

## Important Notes
BASIS OF PAY: HOURLY

© 1998, 2006, ADP, LLC All Rights Reserved.



© 2000ADP, LLC

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE INTO ONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.

**CTHX, LLC**
9305 GERWIG LANE, SUITE X
COLUMBIA, MD 21046
301-953-7770

| | |
|---|---|
| Advice number: | 00000510010 |
| Pay date: | 12/20/2019 |

Deposited to the account of
JUSTIN A LANG

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx9210 | xxxx xxxx | $683.94 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | |
|---|---|
| Period Beginning: | 12/03/2019 |
| Period Ending: | 12/09/2019 |
| Pay Date: | 12/13/2019 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:    0
  PA:       N/A

**JUSTIN A LANG**
**1020 FRIAR RUN**
**HANOVER PA 17331**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 23.5000 | 40.00 | 940.00 | 3,472.13 |
| Overtime | 35.2500 | 5.00 | 176.25 | 643.31 |
| **Gross Pay** | | | **$1,116.25** | 4,491.44 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -99.26 | 400.22 |
| | Social Security Tax | -69.21 | 278.47 |
| | Medicare Tax | -16.19 | 65.13 |
| | PA State Income Tax | -34.27 | 137.88 |
| | **Net Pay** | **$897.32** | |
| | Checking 1 | -897.32 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,116.25



© 1998, 2006, ADP, LLC. All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY, COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| Advice number: | 00000500010 |
|---|---|
| Pay date: | 12/13/2019 |

Deposited to the account of
JUSTIN A LANG

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9210 | xxxx xxxx | $897.32 |

**NON-NEGOTIABLE**

CO: FILE DEPT. CLOCK VOUR NO. DEP
BEG 000414 0000490009

# Earnings Statement

**ADP**

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | |
|---|---|
| Period Beginning: | 11/26/2019 |
| Period Ending: | 12/02/2019 |
| Pay Date: | 12/06/2019 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

JUSTIN A LANG
1020 FRIAR RUN
HANOVER PA 17331

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 27.75 | 652.13 | 2,532.13 |
| Holiday | 23.5000 | 16.00 | 376.00 | |
| Overtime | | | | 467.06 |
| Gross Pay | | | $1,028.13 | 3,375.19 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -88.69 | 300.96 |
| | Social Security Tax | -63.74 | 209.26 |
| | Medicare Tax | -14.91 | 48.94 |
| | PA State Income Tax | -31.56 | 103.61 |
| Net Pay | | $829.23 | |
| | Checking 1 | -829.23 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are
$1,028.13

© 1998, 2006, ADP, LLC All Rights Reserved.

COPY
COPY
COPY
COPY
TEAR HERE

VERIFY DOCUMENT AUTHENTICITY, COLOR OF 5X AREA MUST CHANGE INTO ONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7730

Advice number: 0000490009
Pay date: 12/06/2019

Deposited to the account of          account number   transit ABA   amount
JUSTIN A LANG                        XXXXXX9210       XXXX XXXX     $829.23

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement



CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| Period Beginning: | 11/19/2019 |
| Period Ending: | 11/25/2019 |
| Pay Date: | 11/29/2019 |

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:     0
    PA:     N/A

JUSTIN A LANG
1020 FRIAR RUN
HANOVER PA 17331

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5000 | 40.00 | 940.00 | 1,880.00 |
| Overtime | 35.2500 | 6.25 | 220.31 | 467.06 |
| **Gross Pay** | | | **$1,160.31** | 2,347.06 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -104.55 | 212.27 |
| | Social Security Tax | -71.94 | 145.52 |
| | Medicare Tax | -16.82 | 34.03 |
| | PA State Income Tax | -35.62 | 72.05 |
| **Net Pay** | | **$931.38** | |
| Checking 1 | | -931.38 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$1,160.31

© 1993, 2006, ADP, LLC. All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM.

CTHX, LLC
9305 GERWIG LANE, SUITE X
COLUMBIA MD 21046
301-953-7770

| | Advice number: | 00000400009 |
| | Pay date: | 11/29/2019 |

Deposited to the account of
JUSTIN A LANG

| account number | transit ABA | amount |
|---|---|---|
| XXXXXX9210 | XXXX XXXX | $931.38 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**