UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JUSTIN A. LANG and<br>JAMIE L. LANG<br>　Debtors | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>　Movant | : | |
| vs. | : | |
| JUSTIN A. LANG and<br>JAMIE L. LANG<br>　Respondents | : | CASE NO. 1-20-bk-02360 |

## OBJECTION TO DEBTORS' EXEMPTIONS

AND NOW, this 14th day September, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the debtors' exemptions for the following reason(s):

1. Trustee objects to debtors' exemption of assets claimed under 11 U.S.C. §522(d)((1).

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtors' Exemptions.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/Charles J. DeHart, III
　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　(717)566-6097

CERTIFICATE OF SERVICE

   AND NOW, this 18th day September, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Chad Julius, Esquire
8150 Derry Street
Harrisburg, PA 17111

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee