UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | JUSTIN A. LANG and<br>JAMIE L. LANG a/k/a JAMIE FARLEY<br>   Debtors | : CHAPTER 13<br>:<br>:<br>:<br>: |
| | CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>   Movant | :<br>:<br>:<br>: |
| | vs. | :<br>: |
| | JUSTIN A. LANG and<br>JAMIE L. LANG a/k/a JAMIE FARLEY<br>   Respondents | :<br>: CASE NO. 1-20-bk-02360-HWV<br>:<br>: OBJECTION TO EXEMPTIONS |

ORDER

Upon consideration of the Trustee's Objection to Debtors' Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.