```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 20-02360-HWV
Justin A. Lang                                                            Chapter 13
Jamie L. Lang
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 2               Date Rcvd: Sep 17, 2020
                               Form ID: ntcnfhrg            Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db/jdb         +Justin A. Lang,   Jamie L. Lang,   1020 Friar Run,   Hanover, PA 17331-4418
5349853        +Account Resolution Services,   Attn: Bankruptcy,   Po Box 459079,   Sunrise, FL 33345-9079
5349855        +CAC,   2300 Gettysburg Road,   Camp Hill, PA 17011-7303
5349859       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citicard,   Citicorp Credit Services; Attn: Centrali,   Po Box 20507,
                  Kansas City, MO 64195)
5349862        +Commercial Acceptance Company,   2300 Gettysburg Road,   Suite 102,   Camp Hill, PA 17011-7303
5349864         Computer Credit Inc.,   470 West Haines Mill Rd,   PO Box 5238,   Winston Salem, NC 27113-5238
5349870        +Daniel J. Santucci,   Midland Funding, LLC,   1 International Plaza, 5th Florr,
                  Philadelphia, PA 19113-1510
5349871        +ECMC,   Attn: Bankruptcy,   111 Washington Ave South, Ste 1400,   Minneapolis, MN 55401-6800
5349872         Emergecny Care Services of PA, PC,   PO Box 740021,   Cincinnati, OH 45274-0021
5357142         Emergency Physician Associate of PA,   PO Box 1123,   Minneapolis, MN 55440-1123
5349875         HRRG,   PO Box 8486,   Pompano Beach, FL 33075-8486
5349879        +Mariner Finance, LLC,   Attn: Bankruptcy,   8211 Town Center Drive,   Nottingham, MD 21236-5904
5349880        +Medexpress Urgent Care,   c/o Tansworld Systems, Inc.,   300 Cedar Ridge Drive, Ste. 307,
                  Pittsburgh, PA 15205-1159
5352666        +Midland Credit Management, Inc.,   PO Box 2037,   Warren, MI 48090-2037
5349881        +Midland Funding,   320 East Big Beaver,   Troy, MI 48083-1271
5349888        +Rent a Center,   805 Baltimore Street,   Hanover, PA 17331-4150
5350240        +U.S. Department of Housing and Urban Development,   100 Penn Square East 11th Floor,
                  Philadelphia, PA 19107-3325
5349891        +UPMC Pinnacle,   Patient Financial Support Services,   PO Box 2353,   Harrisburg, PA 17105-2353
5349892        +Wells Fargo Dealer Services,   Attn: Bankruptcy,   1100 Corporate Center Drive,
                  Raleigh, NC 27607-5066
5349894         Wells Fargo Home Mor,   Attn: Written Correspondence/Bankruptcy,   Mac#2302-04e Pob 10335,
                  Des Moines, IA 50306
5349895        +York Co Drs,   100 W Market St,   York, PA 17401-1332

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2020 19:53:45
                  PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5349854        +E-mail/Text: bankruptcy@bbandt.com Sep 17 2020 19:47:46      Bbt Rcvry,   Attn: Bankruptcy,
                  Po Box 1847,   Wilson, NC 27894-1847
5349856        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2020 19:53:45      Capital One,
                  Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
5352334         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2020 19:54:08
                  Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                  Charlotte, NC  28272-1083
5349858        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2020 19:53:44      Capital One/Walmart,
                  Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
5349860        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 17 2020 19:47:48      Comenity/MPRC,
                  Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
5349865        +E-mail/Text: ebnnotifications@creditacceptance.com Sep 17 2020 19:47:36      Credit Acceptance,
                  25505 West 12 Mile Road,   Suite 3000,   Southfield, MI 48034-8331
5349868        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 17 2020 19:53:46      Credit One Bank,
                  Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
5349873        +E-mail/Text: julie.baugher@pinnaclehealth.org Sep 17 2020 19:47:40      Hanover Hospital,
                  300 Highland Ave.,   Hanover, PA 17331-2203
5349876        +E-mail/Text: PBNCNotifications@peritusservices.com Sep 17 2020 19:47:38      Kohls/Capital One,
                  Attn: Credit Administrator,   Po Box 3043,   Milwaukee, WI 53201-3043
5350489         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2020 19:53:47      LVNV Funding, LLC,
                  Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5349877        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2020 19:53:47
                  LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
                  Greenville, SC 29603-0497
5349878         E-mail/Text: camanagement@mtb.com Sep 17 2020 19:47:47     M & T Bank,   Attn: Bankruptcy,
                  Po Box 844,   Buffalo, NY 14240
5355389         E-mail/Text: camanagement@mtb.com Sep 17 2020 19:47:47     M&T Bank,   PO box 840,
                  Buffalo, NY 14240
5349882        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 17 2020 19:47:55      Midland Funding,
                  2365 Northside Dr., #30,   San Diego, CA 92108-2709
5349883        +E-mail/PDF: pa_dc_claims@navient.com Sep 17 2020 19:53:46      Naviet,   Attn: Claims Dept,
                  Po Box 9500,   Wilkes-Barr, PA 18773-9500
5349885        +E-mail/PDF: cbp@onemainfinancial.com Sep 17 2020 19:54:09      OneMain Financial,
                  Attn: Bankruptcy,   Po Box 3251,   Evansville, IN 47731-3251
5349886         E-mail/Text: info@phoenixfinancialsvcs.com Sep 17 2020 19:47:34
                  Phoenix Financial Services, LLC,   Attn: Bankruptcy,   Po Box 361450,   Indianapolis, IN 46236
5350486         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2020 19:53:59
                  Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5358185            E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2020 19:47:49
                     Quantum3 Group LLC as agent for,    Genesis FS Card Services Inc,    PO Box 788,
                     Kirkland, WA  98083-0788
5349970           +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2020 19:54:06      Synchrony Bank,
                     c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5349889           +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2020 19:54:06      Synchrony Bank/Lowes,
                     Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5349890           +E-mail/Text: bankruptcydepartment@tsico.com Sep 17 2020 19:48:05      Transworld Sys Inc/51,
                     Attn: Bankruptcy,    Po Box 15630,    Wilmington, DE 19850-5630
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5349857*         +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5349861*         +Comenity/MPRC,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5349863*         +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
5349866*         +Credit Acceptance,    25505 West 12 Mile Road,    Suite 3000,    Southfield, MI 48034-8331
5349867*         +Credit Acceptance,    25505 West 12 Mile Road,    Suite 3000,    Southfield, MI 48034-8331
5349869*         +Credit One Bank,   Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
5349874*         +Hanover Hospital,    300 Highland Ave.,    Hanover, PA 17331-2203
5349884*         +Naviet,   Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
5349887*        ++PHOENIX FINANCIAL SERVICES LLC,    PO BOX 361450,    INDIANAPOLIS IN 46236-1450
                 (address filed with court:   Phoenix Financial Services, LLC,    Attn: Bankruptcy,    Po Box 361450,
                   Indianapolis, IN 46236)
5349893*         +Wells Fargo Dealer Services,    Attn: Bankruptcy,    1100 Corporate Center Drive,
                   Raleigh, NC 27607-5066
                                                                                 TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:

```
          Chad James Julius    on behalf of Debtor 1 Justin A. Lang cjulius@ljacobsonlaw.com,
           brhoades@ljacobsonlaw.com;derashade527@outlook.com
          Chad James Julius    on behalf of Debtor 2 Jamie L. Lang cjulius@ljacobsonlaw.com,
           brhoades@ljacobsonlaw.com;derashade527@outlook.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Justin A. Lang,<br>  **Debtor 1** | Chapter 13 |
| | Case No. 1:20–bk–02360–HWV |
| Jamie L. Lang,<br> aka Jamie Farley,<br>  **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 21, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: October 28, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 17, 2020 |

ntcnfhrg (03/18)