```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                          Case No. 20-02360-HWV
Justin A. Lang                                                  Chapter 13
Jamie L. Lang
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: AutoDocke         Page 1 of 1         Date Rcvd: Sep 18, 2020
                             Form ID: ntpasnh        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db/jdb          +Justin A. Lang,   Jamie L. Lang,   1020 Friar Run,   Hanover, PA 17331-4418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
              Chad James Julius    on behalf of Debtor 1 Justin A. Lang cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;derashade527@outlook.com
              Chad James Julius    on behalf of Debtor 2 Jamie L. Lang cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;derashade527@outlook.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Justin A. Lang

**Debtor 1**

Jamie L. Lang
aka Jamie Farley

**Debtor 2**

Charles J. DeHart, III, Trustee
**Movant(s)**

vs.

Justin A. Lang
Jamie L. Lang
aka Jamie Farley
**Respondent(s)**

Chapter: 13

Case number: 1:20−bk−02360−HWV

Document Number: 25

Matter: Trustee's Objection to Claim of Exemptions

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **October 9, 2020**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 18, 2020 |

ntpasnh(05/18)