United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Justin A. Lang  
Jamie L. Lang  
    Debtor(s)

Case No. 20-02360-HWV  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1  
Date Rcvd: Dec 02, 2020     Form ID: pdf010     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5350486 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2020 19:41:18 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad James Julius | on behalf of Debtor 1 Justin A. Lang cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Chad James Julius | on behalf of Debtor 2 Jamie L. Lang cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JUSTIN A. LANG<br>JAMIE L. LANG<br>Debtors, | CASE NO.: 1:20-bk-02360-HWV |
| JUSTIN A. LANG<br>JAMIE L. LANG<br>Objectors,<br>vs. | |
| PINNACLE CREDIT SERVICES, LLC<br>Claimant | |

## ORDER

Upon consideration of the Debtor's Objection to Claim Number 4, it is hereby

**ORDERED** that Debtor's objection is sustained. The Proof of Claim filed by Pinnacle Credit Services, LLC in the amount of $1,038.92 is disallowed and shall not be paid by the Chapter 13 Trustee.

Dated: December 2, 2020

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)