IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYNVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JUSTIN A. LANG | : | CASE NO: 1:20-bk-02360-HWV |
| JAMIE L. LANG | : | |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Chad J. Julius, with the firm of Upright Law, LLC, hereby certify that on December 21, 2020, a true and correct copy of the ORDER CONFIRMING CHAPTER 13 PLAN, pursuant to L.B.R 2002-1(e), was served by electronic means and/or first-class mail, postage prepaid on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

UPRIGHT LAW, LLC

By: /s/ Chad J. Julius
 Chad J. Julius

Date: December 21, 2020

```
Label Matrix for local noticing          Account Resolution Services           Bbt Rcvry
0314-1                                   Attn: Bankruptcy                      Attn: Bankruptcy
Case 1:20-bk-02360-HWV                   Po Box 459079                         Po Box 1847
Middle District of Pennsylvania          Sunrise, FL 33345-9079                Wilson, NC 27894-1847
Harrisburg
Mon Dec 21 14:43:27 EST 2020

CAC                                      Capital One                           Capital One Bank (USA), N.A.
2300 Gettysburg Road                     Attn: Bankruptcy                      by American InfoSource as agent
Camp Hill, PA 17011-7303                 Po Box 30285                          PO Box 71083
                                         Salt Lake City, UT 84130-0285         Charlotte, NC  28272-1083


Capital One/Walmart                      (p)CITIBANK                           Comenity/MPRC
Attn: Bankruptcy                         PO BOX 790034                         Attn: Bankruptcy
Po Box 30285                             ST LOUIS MO 63179-0034                Po Box 182125
Salt Lake City, UT 84130-0285                                                  Columbus, OH 43218-2125


Commercial Acceptance Company            Computer Credit Inc.                  Credit Acceptance
2300 Gettysburg Road                     470 West Haines Mill Rd               25505 West 12 Mile Road
Suite 102                                PO Box 5238                           Suite 3000
Camp Hill, PA 17011-7303                 Winston Salem, NC 27113-5238          Southfield, MI 48034-8331


Credit One Bank                          Daniel J. Santucci                    Charles J DeHart, III (Trustee)
Attn: Bankruptcy Department              Midland Funding, LLC                  8125 Adams Drive, Suite A
Po Box 98873                             1 International Plaza, 5th Florr      Hummelstown, PA 17036-8625
Las Vegas, NV 89193-8873                 Philadelphia, PA 19113-1510


ECMC                                     Emergecny Care Services of PA, PC     Emergency Physician Associate of PA
Attn: Bankruptcy                         PO Box 740021                         PO Box 1123
111 Washington Ave South, Ste 1400       Cincinnati, OH 45274-0021             Minneapolis, MN 55440-1123
Minneapolis, MN 55401-6800


HRRG                                     Hanover Hospital                      Chad James Julius
PO Box 8486                              300 Highland Ave.                     Upright Law, LLC
Pompano Beach, FL 33075-8486             Hanover, PA 17331-2203                8150 Derry Street
                                                                               Ste. A
                                                                               Harrisburg, PA 17111-5212


Kohls/Capital One                        LVNV Funding, LLC                     LVNV Funding/Resurgent Capital
Attn: Credit Administrator               Resurgent Capital Services            Attn: Bankruptcy
Po Box 3043                              PO Box 10587                          Po Box 10497
Milwaukee, WI 53201-3043                 Greenville, SC 29603-0587             Greenville, SC 29603-0497


Jamie L. Lang                            Justin A. Lang                        (p)M&T BANK
1020 Friar Run                           1020 Friar Run                        LEGAL DOCUMENT PROCESSING
Hanover, PA 17331-4418                   Hanover, PA 17331-4418                626 COMMERCE DRIVE
                                                                               AMHERST NY 14228-2307


Mariner Finance, LLC                     Medexpress Urgent Care                Midland Credit Management, Inc.
Attn: Bankruptcy                         c/o Tansworld Systems, Inc.           PO Box 2037
8211 Town Center Drive                   300 Cedar Ridge Drive, Ste. 307       Warren, MI 48090-2037
Nottingham, MD 21236-5904                Pittsburgh, PA 15205-1159
```

| | | |
|---|---|---|
| Midland Funding<br>2365 Northside Dr., #30<br>San Diego, CA 92108-2709 | Midland Funding<br>320 East Big Beaver<br>Troy, MI 48083-1238 | Navient<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes-Barr, PA 18773-9500 |
| OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Rent a Center<br>805 Baltimore Street<br>Hanover, PA 17331-4150 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Transworld Sys Inc/51<br>Attn: Bankruptcy<br>Po Box 15630<br>Wilmington, DE 19850-5630 | U.S. Department of Housing and Urban Develop<br>100 Penn Square East 11th Floor<br>Philadelphia, PA 19107-3325 | UPMC Pinnacle<br>Patient Financial Support Services<br>PO Box 2353<br>Harrisburg, PA 17105-2353 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>1100 Corporate Center Drive<br>Raleigh, NC 27607-5066 |
| Wells Fargo Home Mor<br>Attn: Written Correspondence/Bankruptcy<br>Mac#2302-04e Pob 10335<br>Des Moines, IA 50306 | York Co Drs<br>100 W Market St<br>York, PA 17401-1332 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citicard<br>Citicorp Credit Services; Attn: Centrali<br>Po Box 20507<br>Kansas City, MO 64195 | M & T Bank<br>Attn: Bankruptcy<br>Po Box 844<br>Buffalo, NY 14240 | (d)M&T Bank<br>PO box 840<br>Buffalo, NY 14240 |
| Phoenix Financial Services, LLC<br>Attn: Bankruptcy<br>Po Box 361450<br>Indianapolis, IN 46236 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T BANK

End of Label Matrix
Mailable recipients  49
Bypassed recipients   1
Total                50

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Justin A. Lang,

**Debtor 1**

Jamie L. Lang,
aka Jamie Farley,

**Debtor 2**

Chapter 13

Case No. 1:20-bk-02360-HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on October 27, 2020. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: December 17, 2020

By the Court,

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DeborahGeorge, Deputy Clerk

orcnfpln(05/18)