United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Justin A. Lang

Jamie L. Lang

    Debtors

Case No. 20-02360-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1              User: AutoDocke              Page 1 of 2

Date Rcvd: Feb 05, 2021            Form ID: pdf010             Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| + | Heather Lang, 1020 Friar Run, Hanover, PA 17331-4418 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021             Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Chad James Julius | on behalf of Debtor 1 Justin A. Lang cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Chad James Julius | on behalf of Debtor 2 Jamie L. Lang cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 7

| | |
|---|---|
| Justin A. Lang<br>Jamie L. Lang aka Jamie Farley<br>　　　　　　　　Debtors | CHAPTER 13 |
| M&T Bank<br>　　　　　　　　Movant<br>　　　vs. | NO. 20-02360 HWV |
| Justin A. Lang<br>Jamie L. Lang aka Jamie Farley<br>　　　　　　　　Debtors | 11 U.S.C. Sections 362 and 1301 |
| Heather Lang<br>　　　　　　　　Co-Debt | |
| Charles J. DeHart, III, Esquire<br>　　　　　　　　Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated:  February 5, 2021

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge <sup>(CD)</sup>