IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JUSTIN A. LANG and | : | |
| JAMIE L. LANG, | : | |
|     Debtors, | : | |
| | : | Bankruptcy No. 1:20-bk-02360-HWV |
| M & T BANK, | : | |
|     Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| JUSTIN A. LANG and | : | |
| JAMIE L. LANG, | : | |
|     Debtors, | : | |
| HEATHER LANG, | : | |
|     Co-Debtor, | : | |
| | : | |
| JACK N. ZAHAROPOULOS, | : | |
|     Trustee | : | |

**DEBTOR'S ANSWER TO CERTIFICATE OF DEFUALT**

AND NOW COMES, Debtors, Justin A. Lang and Jamie L. Lang, by and through their attorneys, Jacobson, Julius & Harshberger, and hereby file this Answer to Movant's Certificate of Default and in support thereof states as follows:

1. Denied. It is believed the Debtors have made said payments to Movant to cure the default after the notice was received. Debtors believe that they have cured the default.

WHEREFORE, Debtor respectfully requests that this Honorable Court deny Movant's Certificate of Default and further requests any other relief deemed necessary and just.

Respectfully Submitted,

JACOBSON, JULIUS, & HARSHBERGER

Dated: November 9, 2023

/s/Chad J. Julius
ID# 209496
8150 Derry Street
Harrisburg, PA 17111.5260
717.909.5858

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JUSTIN A. LANG and | : | |
| JAMIE L. LANG, | : | |
| Debtors, | : | |
| | : | Bankruptcy No. 1:20-bk-02360-HWV |
| M & T BANK, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| JUSTIN A. LANG and | : | |
| JAMIE L. LANG, | : | |
| Debtors, | : | |
| HEATHER LANG, | : | |
| Co-Debtor, | : | |
| | : | |
| JACK N. ZAHAROPOULOS, | : | |
| Trustee | : | |

## CERTIFICATE OF SERVICE

I, Dera Shade, of Jacobson, Julius & Harshberger, do hereby certify that on this day I served the within Respondent's Answer to Movant's Certificate of Default upon the following persons via the ECF/CM system and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:

| Jack N Zaharopoulos (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Brian Nicholas, Esquire<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 |
|---|---|

/s/Dera Shade
8150 Derry Street
Harrisburg, PA  17111
717.909.5858
FAX:  717.909.7788
Dated: November 9, 2023     Email: dshade@ljacobsonlaw.com

2