**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    JUSTIN A. LANG
          JAMIE L. LANG
          JAMIE FARLEY
                        Debtor(s)

                                    CHAPTER 13

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
                      Movant

vs.
          JUSTIN A. LANG                  CASE NO: 1-20-02360-HWV
          JAMIE L. LANG
          JAMIE FARLEY
                    Respondent(s)


**TRUSTEE'S MOTION TO DISMISS CASE**


AND NOW, on February 7, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:    February 7, 2024             Respectfully submitted,

                                        /s/   Douglas R. Roeder, Esquire
                                        ID:  80016
                                        Attorney for Trustee
                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA 17036
                                        Phone:  (717) 566-6097
                                        email:  droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   JUSTIN A. LANG
         JAMIE L. LANG
         JAMIE FARLEY

                   Debtor(s)

                                         CHAPTER 13

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE

                   Movant

vs.
         JUSTIN A. LANG                 CASE NO: 1-20-02360-HWV
         JAMIE L. LANG
         JAMIE FARLEY

               Respondent(s)

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date:     March 13, 2024
Time:    09:35 AM
          Sylvia H. Rambo United States Courthouse
          Bankruptcy Courtroom 4B, 4th Floor
          1501 North 6th Street
          Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
     **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1709.00**
     **AMOUNT DUE FOR THIS MONTH: $570.00**
     **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $2279.00**

**NOTE:**
     **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

     **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
       **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

      If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    February 7, 2024          /s/  Douglas R. Roeder, Esquire
                                       ID:  80016
                                       Attorney for Movant
                                       Jack N. Zaharopoulos
                                       Standing Chapter 13 Trustee
                                       Suite A, 8125 Adams Drive
                                       Hummelstown, PA 17036
                                       Phone:  (717) 566-6097
                                       email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   JUSTIN A. LANG
        JAMIE L. LANG
        JAMIE FARLEY
                 Debtor(s)

                                    CHAPTER 13

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                 Movant

vs.
        JUSTIN A. LANG                 CASE NO: 1-20-02360-HWV
        JAMIE L. LANG
        JAMIE FARLEY
                Respondent(s)

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I am more than 18 years of age and that on February 7, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

   <u>Served Electronically</u>

CHAD J. JULIUS
UPRIGHT LAW, LLC
8150 DERRY ST, STE A
HARRISBURG PA  17111-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

<u>SERVED BY FIRST CLASS MAIL</u>

JUSTIN A. LANG
JAMIE L. LANG
1020 FRIAR RUN
HANOVER  PA   17331

I certify under penalty of perjury that the foregoing is true and correct.

Date:  February 7, 2024             /s/  Liz Joyce
                                Office of the Standing Chapter 13 Trustee
                                Jack N. Zaharopoulos
                                Suite A, 8125 Adams Dr.
                                Hummelstown, PA  17036
                                Phone:  (717) 566-6097
                                email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    JUSTIN A. LANG
          JAMIE L. LANG
          AKA: JAMIE FARLEY

                                  CHAPTER 13

              Debtor(s)

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
              Movant                  CASE NO: 1-20-02360-HWV

          vs.

          JUSTIN A. LANG
          JAMIE L. LANG
          AKA: JAMIE FARLEY

**<u>ORDER DISMSSING CASE</u>**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.