Certificate Number: 15317-PAM-DE-040263126

Bankruptcy Case Number: 20-02360



15317-PAM-DE-040263126

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 1, 2025, at 12:29 o'clock PM PDT, Justin A Lang completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 1, 2025

By: /s/Carlo Gollayan

Name: Carlo Gollayan

Title: Counselor