Certificate Number: 15317-PAM-DE-040263127

Bankruptcy Case Number: 20-02360



15317-PAM-DE-040263127

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>November 1, 2025</u>, at <u>12:29</u> o'clock <u>PM PDT</u>, <u>Jamie L Lang</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 1, 2025</u>　　　By:　<u>/s/Carlo Gollayan</u>

　　　　　　　　　　　　　　　　Name:　<u>Carlo Gollayan</u>

　　　　　　　　　　　　　　　　Title:　<u>Counselor</u>