United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-02360-HWV |
| Justin A. Lang | Chapter 13 |
| Jamie L. Lang | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Nov 20, 2025 | Form ID: 3180W | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin A. Lang, Jamie L. Lang, 1020 Friar Run, Hanover, PA 17331-4418 |
| 5349855 | + | CAC, 2300 Gettysburg Road, Camp Hill, PA 17011-7303 |
| 5349880 | + | Medexpress Urgent Care, c/o Tansworld Systems, Inc., 300 Cedar Ridge Drive, Ste. 307, Pittsburgh, PA 15205-1159 |
| 5349888 | + | Rent a Center, 805 Baltimore Street, Hanover, PA 17331-4150 |
| 5349895 | + | York Co Drs, 100 W Market St, York, PA 17401-1332 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Nov 20 2025 18:47:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | + | EDI: PRA.COM | Nov 20 2025 23:47:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5349853 | ^ | MEBN | Nov 20 2025 18:43:22 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 5349854 | + | Email/Text: bankruptcy@bbandt.com | Nov 20 2025 18:47:00 | Bbt Rcvry, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 5349859 | | EDI: CITICORP | Nov 20 2025 23:47:00 | Citicard, Citicorp Credit Services; Attn: Centrali, Po Box 20507, Kansas City, MO 64195 |
| 5387464 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 20 2025 18:47:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 5349856 | + | EDI: CAPITALONE.COM | Nov 20 2025 23:47:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5352334 | | EDI: CAPITALONE.COM | Nov 20 2025 23:47:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5349858 | + | EDI: CAPITALONE.COM | Nov 20 2025 23:47:00 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5349860 | + | EDI: WFNNB.COM | Nov 20 2025 23:47:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5349862 | | Email/Text: dylan.succa@commercialacceptance.net | Nov 20 2025 18:47:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5349864 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Nov 20 2025 18:47:00 | Computer Credit Inc., 470 West Haines Mill Rd, |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | PO Box 5238, Winston Salem, NC 27113-5238 |
| 5349865 | + Email/Text: ebnnotifications@creditacceptance.com | Nov 20 2025 18:47:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 5349868 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 20 2025 18:56:48 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5349870 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2025 18:47:00 | Daniel J. Santucci, Midland Funding, LLC, 1 International Plaza, 5th Florr, Philadelphia, PA 19113-1510 |
| 5349871 | + Email/Text: ECMCBKNotices@ecmc.org | Nov 20 2025 18:47:00 | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 5349872 | ^ MEBN | Nov 20 2025 18:43:32 | Emergecny Care Services of PA, PC, PO Box 740021, Cincinnati, OH 45274-0021 |
| 5357142 | Email/Text: BNCnotices@dcmservices.com | Nov 20 2025 18:47:00 | Emergency Physician Associate of PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5349875 | ^ MEBN | Nov 20 2025 18:43:20 | HRRG, PO Box 8486, Pompano Beach, FL 33075-8486 |
| 5349873 | + Email/Text: lyonsbe2@upmc.edu | Nov 20 2025 18:47:00 | Hanover Hospital, 300 Highland Ave., Hanover, PA 17331-2203 |
| 5349876 | + EDI: CAPITALONE.COM | Nov 20 2025 23:47:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5350489 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 18:58:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5349877 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 18:57:58 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5349878 | Email/Text: camanagement@mtb.com | Nov 20 2025 18:47:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5355389 | Email/Text: camanagement@mtb.com | Nov 20 2025 18:47:00 | M&T Bank, PO box 840, Buffalo, NY 14240 |
| 5349879 | + Email/Text: bankruptcy@marinerfinance.com | Nov 20 2025 18:47:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5352666 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2025 18:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5349881 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2025 18:47:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 5349882 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2025 18:47:00 | Midland Funding, 2365 Northside Dr., #30, San Diego, CA 92108-2710 |
| 5349883 | + Email/PDF: Bankruptcy_Prod@mohela.com | Nov 20 2025 18:58:40 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 5349885 | + EDI: AGFINANCE.COM | Nov 20 2025 23:47:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5350486 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 18:56:51 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5358185 | EDI: Q3G.COM | Nov 20 2025 23:47:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5349970 | + EDI: PRA.COM | Nov 20 2025 23:47:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5349889 | + EDI: SYNC | Nov 20 2025 23:47:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5349890 | + Email/Text: bankruptcydepartment@tsico.com | | |

| Recip ID | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|
| | | Nov 20 2025 18:47:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 5349891 | ^ MEBN | | |
| | | Nov 20 2025 18:43:31 | UPMC Pinnacle, Patient Financial Support Services, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5350240 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | Nov 20 2025 18:56:51 | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107 |
| 5349892 | + EDI: WFAUTO | | |
| | | Nov 20 2025 23:47:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 5349894 | EDI: WFHOME | | |
| | | Nov 20 2025 23:47:00 | Wells Fargo Home Mor, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5349857 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5349861 | *+ | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5349863 | *+ | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5349866 | *+ | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 5349867 | *+ | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 5349869 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5349874 | *+ | Hanover Hospital, 300 Highland Ave., Hanover, PA 17331-2203 |
| 5349884 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 5349887 | *+ | Phoenix Financial Services, LLC, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236-1450 |
| 5349893 | *+ | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 5349886 | ##+ | Phoenix Financial Services, LLC, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236-1450 |

TOTAL: 0 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2025          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Justin A. Lang cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 2 Jamie L. Lang cjulius@ljacobsonlaw.com |

egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com

Chad James Julius
    on behalf of Debtor 1 Justin A. Lang cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com

Chad James Julius
    on behalf of Debtor 2 Jamie L. Lang cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com

Denise E. Carlon
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    ecf_pahu_alt@trustee13.com

James Warmbrodt
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

Matthew K. Fissel
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 10

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Justin A. Lang<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1826<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jamie L. Lang<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4153<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20-bk-02360-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Justin A. Lang

Jamie L. Lang
aka Jamie Farley

11/20/25

**By the court:** *(signature)*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**