**Fill in this information to identify the case:**

Debtor 1     Justin A. Lang

Debtor 2     Jamie L. Lang
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   20-02360 HWV

Form 4100R

# Response to Notice of Final Cure Payment                                       10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:   Mortgage Information

**Name of Creditor:**       M&T Bank                                **Court claim no.** (if known):   10

**Last 4 digits** of any number you use to identify the debtor's account:    2984
**Property address:**
1020 Friar Run
Hanover, PA 17331

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    01 / 01 / 2026

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:                                      (a)    $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:              + (b)    $ _____

c.  **Total.** Add lines a and b.                                                 (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Form 4100R                          Response to Notice of Final Cure Payment                          page 1

Case 1:20-bk-02360-HWV    Doc 111    Filed 12/16/25    Entered 12/16/25 21:42:53    Desc
Document ID: af8dea0c8c6f0e5269045c869b0cfa6158b38ac68814abfe7927d09c36ef57af
Main Document      Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Matthew Fissel*
Matthew Fissel
16 Dec 2025, 16:19:06, EST

Date   12/16/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Justin A. Lang<br>Jamie L. Lang aka Jamie Farley<br>    Debtor(s) | BK NO. 20-02360 HWV<br><br>Chapter 13 |
| M&T Bank<br>    Movant<br>vs. | Related to Claim No. 10 |
| Justin A. Lang<br>Jamie L. Lang aka Jamie Farley<br>    Debtor(s) | |
| Jack N Zaharopoulos,<br>    Trustee | |

### CERTIFICATE OF SERVICE
### RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 16, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Justin A. Lang
1020 Friar Run
Hanover, PA 17331

Jamie L. Lang aka Jamie Farley
1020 Friar Run
Hanover, PA 17331

<u>Attorney for Debtor(s) (via ECF)</u>
Chad J. Julius
Jacobson, Julius & Harshberger
8150 Derry Street
Harrisburg, PA 17111

<u>Trustee (via ECF)</u>
Jack N Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>December 16, 2025</u>

                                            <u>**/s/ Matthew Fissel**</u>
                                            Matthew Fissel
                                            Attorney I.D. 314567
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            215-627-1322
                                            mfissel@kmllawgroup.com