IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Justin A. Lang<br>      Jamie L. Lang aka Jamie Farley<br>                              Debtor(s) | BK NO. 20-02360 HWV<br><br>Chapter 13 |
| M&T Bank<br>                              Movant<br>       vs.<br><br>Justin A. Lang<br>Jamie L. Lang aka Jamie Farley<br>                              Debtor(s)<br><br>Jack N. Zaharopoulos,<br>                              Trustee | Related to Claim No. 10 |

## CERTIFICATE OF SERVICE-
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 10, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Justin A. Lang
1020 Friar Run
Hanover, PA 17331

Jamie L. Lang aka Jamie Farley
1020 Friar Run
Hanover, PA 17331

<u>Attorney for Debtor(s)</u>
Chad J. Julius
Jacobson & Julius
8150 Derry Street, Suite A (VIA ECF)
Harrisburg, PA 17111

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive (VIA ECF)
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 10, 2022</u>

                                                        **/s/Michael P. Farrington, Esq.**
                                                        Michael P. Farrington, Esq.
                                                        Attorney I.D. 329636
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA 19106
                                                        (215) 825-6488
                                                        mfarrington@kmllawgroup.com